UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL EVAN PRICE,<br>          Plaintiff,<br><br>     v.<br><br>KENNETH THOMAS,<br>          Defendant. | Case No. 21-cv-06370-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Neal Evan Price filed the complaint on August 18, 2021.  It appears that the summons and complaint have not yet been served on Defendant Kenneth Thomas.  Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed.  Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than February 3, 2022 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant.  The February 2, 2022 case management conference is VACATED.

**IT IS SO ORDERED.**

Dated: January 27, 2022



_____
Donna M. Ryu
United States Magistrate Judge